(54)
2-6-03

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| THE FROG, SWITCH & MANUFACTURING COMPANY<br>　　Plaintiff | Case No: 1:01-CV-1746<br><br>Judge Sylvia H. Rambo |

V.

COMMISSIONER CARL E. DENSON;
COMMISSIONER RAQUEL OTERO de YINGST;
COMMISSIONER GREGORY I. CELIA, JR.;
COMMISSIONER M. JOEL BOLSTEIN;
COMMISSIONER JOSEPH J. BORGIA;
COMMISSIONER THEOTIS W. BRADDY;
COMMISSIONER ELIZABETH C. UMSTATTD;
COMMISSIONER SYLVIA A. WATERS; and
COMMISSIONER DANIEL D. YUN,
in their official capacities as Commissioners of the
PENNSYLVANIA HUMAN RELATIONS COMMISSION;
HOMER C. FLOYD, in his official capacity as Executive Director of the PENNSYLVANIA HUMAN RELATIONS COMMISSION; and
WILMER J. BAKER,

　　Defendants



FILED
FEB 0 6 2003
PER _____
HARRISBURG, PA   DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, COMMISSIONER CARL E. DENSON; COMMISSIONER RAQUEL; OTERO de YINGST; COMMISSIONER GREGORY I. CELIA, JR.; COMMISSIONER M. JOEL BOLSTEIN; COMMISSIONER JOSEPH J. BORGIA; COMMISSIONER THEOTIS W. BRADDY; COMMISSIONER ELIZABETH C. UMSTATTD; COMMISSIONER SYLVIA A. WATERS; and COMMISSIONER DANIEL D. YUN, in their official capacities as Commissioners of the PENNSYLVANIA HUMAN RELATIONS COMMISSION; HOMER C. FLOYD, in his official capacity as Executive Director of the PENNSYLVANIA HUMAN RELATIONS COMMISSION; and WILMER J. BAKER, and against the Plaintiff, THE FROG, SWITCH & MANUFACTURING COMPANY.

Date: February 6, 2003

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk